**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MELISSA WYCHESIT, on behalf of herself and all others similarly situated, | Case No. 23-cv-02639 |
| Plaintiff, | Honorable Matthew F. Kennelly |
| v. | |
| BYLINE BANK, | |
| Defendant. | |

**ORDER APPROVING ATTORNEYS' FEES**

This matter comes before the Court on Plaintiff's Further Submission in Support of Plaintiff's Unopposed Motion for Approval of Settlement, General Release Payment, and Attorneys' Fees and Costs ("Further Submission"). Having considered Plaintiff's Further Submission and supporting exhibits, the Court hereby finds that Plaintiff's requested attorneys' fee amount is justified and reasonable, and ORDERS as follows:

1. The Court awards attorneys' fees to Plaintiff's Counsel in the amount of $358,333.33 (one-third of the Gross Fund), consistent with the Parties' Agreement and addendum thereto, *see* ECF Nos. 10-2, 22-1.

Dated: 10/19/2023

_____
Hon. Matthew F. Kennelly
United States District Court Judge